UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MOLINA, *et al.*, | § | |
| *Plaintiffs,* | § § § | |
| v. | § | CIVIL ACTION H-06-164 |
| FORD MOTOR COMPANY, | § § § | |
| *Defendant.* | § | |

### Order of Dismissal

The parties' joint stipulation of dismissal (Dkt. 16) is GRANTED. Plaintiffs' claims against Ford Motor Company are DISMISSED with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with costs taxed against the parties incurring same.

Signed at Houston, Texas on November 17, 2006.

_____
Gray H. Miller
United States District Judge